**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-01409-MSK-CBS

ROBERT OLINATZ and GEORGE SIROIS, Individually on Behalf of Themselves and All Others Similarly Situated,

                              Plaintiffs,

v.

FOREST OIL CORPORATION,
PATRICK R. MCDONALD,
JAMES D. LIGHTNER,
JAMES H. LEE,
DOD A. FRASER,
LOREN K. CARROLL,
RAYMOND I. WILCOX,
RICHARD J. CARTY,
NEW FOREST OIL INC.,
FOREST OIL MERGER SUB INC.,
SABINE OIL & GAS LLC,
SABINE INVESTOR HOLDINGS LLC,
SABINE OIL & GAS HOLDINGS LLC, AND
SABINE OIL & GAS HOLDINGS II LLC,

                              Defendants.

**UNOPPOSED JOINT MOTION FOR ADMINISTRATIVE CLOSURE**

Pursuant to D.C.COLO.LCivR 41.2 ("Rule 41.2"), and as discussed at the October 2, 2014 telephonic status conference, Plaintiffs Robert Olinatz and George Sirois ("Plaintiffs") and defendants Forest Oil Corporation, Patrick R. McDonald, James D. Lightner, James H. Lee, Dod A. Fraser, Loren K. Carroll, Raymond I. Wilcox, Richard J. Carty, New Forest Oil Inc., Forest Oil Merger Sub Inc., Sabine Oil & Gas LLC, Sabine Investor Holdings LLC, Sabine Oil & Gas Holdings LLC, and Sabine Oil & Gas Holdings II LLC ("Defendants" and collectively with

Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby jointly move for entry of an order administratively closing the above-captioned action (the "Action") pending the outcome of a related action *In re Forest Oil Corporation Shareholder Litigation*, Index No. 651418/2014 pending in the Supreme Court of the State of New York, County of New York (the "New York Action").

Plaintiffs commenced this Action on May 19, 2014, by filing their Complaint Based Upon Self-Dealing and Breach of Fiduciary Duty against Forest Oil Corporation and its affiliates, the members of its Board of Directors, and Sabine Oil & Gas LLC and its affiliates ("Sabine") in connection with the proposed transaction between Forest Oil and Sabine (the "Proposed Transaction") that was first announced on May 6, 2014 (*see* Document No. 1). From May 7, 2014, through May 20, 2014, several other shareholders filed class action complaints in connection with the Proposed Transaction in the Supreme Court of the State of New York, County of New York and those actions were subsequently consolidated forming the New York Action.

On August 15, 2014, Plaintiffs filed a motion seeking their appointment as lead plaintiffs and approval of their chosen counsel, Robbins Arroyo LLP, to serve as lead counsel for this Action (the "Leadership Motion"). The Court granted the Leadership Motion on October 3, 2014 (*see* Document No. 25).

At an October 2, 2014 telephonic status conference, the Parties informed the Court that they had reached an agreement pursuant to which Plaintiffs would coordinate their discovery and litigation efforts prior to the closing of the Proposed Transaction with the plaintiffs in the New York Action and would seek to administratively close this Action pending such efforts.

According to Rule 41.2, "[a] district judge or a magistrate judge exercising consent jurisdiction may order the clerk to close a civil action administratively subject to reopening for good cause."

For the reasons stated herein, and in furtherance of judicial economy, the Parties respectfully request that the Court enter the [Proposed] Order submitted concurrently herewith, thereby administratively closing this Action.  Each Party reserves the right to seek to reopen the Action upon motion for good cause shown.

| | |
|---|---|
| Dated: October 9, 2014 | Respectfully submitted, |
| | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>STEPHEN J. ODDO<br>EDWARD B. GERARD<br>JUSTIN D. RIEGER |
| | s/ Stephen J. Oddo<br>STEPHEN J. ODDO |
| | 600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsarroyo.com<br>        soddo@robbinsarroyo.com<br>        egerard@robbinsarroyo.com<br>        jrieger@robbinsarroyo.com |
| | *Lead Counsel for Plaintiffs* |
| Dated: October 9, 2014 | DAVIS GRAHAM & STUBBS LLP<br>THOMAS P. JOHNSON<br>ANN LEBECK |
| | s/ Thomas P. Johnson<br>THOMAS P. JOHNSON |
| | 1550 17th Street, Suite 500<br>Denver, CO 80202<br>Telephone: (303) 892-9400 |

Facsimile: (303) 893-1379
E-mail: tom.johnson@dgslaw.com
ann.lebeck@dgslaw.com

WACHTELL, LIPTON, ROSEN & KATZ
RACHELLE SILVERBERG
GRANT R. MAINLAND
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
E-mail: rsilverberg@wlrk.com
grmainland@wlrk.com

*Counsel for Defendants Forest Oil Corporation, Patrick R. McDonald, James D. Lightner, James H. Lee, Dod A. Fraser, Loren K. Carroll, Raymond I. Wilcox, Richard J. Carty, New Forest Oil Inc., and Forest Oil Merger Sub Inc.*

Dated: October 9, 2014

GIBSON, DUNN & CRUTCHER
MONICA K. LOSEMAN

s/ Monica K. Loseman
MONICA K. LOSEMAN

1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5700
Facsimile: (303) 313-2829
E-mail: mloseman@gibsondunn.com

*Counsel for defendants Sabine Oil & Gas LLC, Sabine Investor Holdings LLC, Sabine Oil & Gas Holdings LLC, and Sabine Oil & Gas Holdings II LLC*

988032

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2014, I presented the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Thomas P. Johnson**
  tom.johnson@dgslaw.com,donna.keuling@dgslaw.com

- **Monica Kathleen Loseman**
  mloseman@gibsondunn.com,Denver_USDC@gibsondunn.com,swilkinson@gibsondunn.com

- **Stephen John Oddo**
  soddo@robbinsarroyo.com,jcabuhat@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian James Robbins**
  notice@robbinsarroyo.com,rsalazar@robbinsarroyo.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

(via U.S. Mail)
Rachelle Silverberg
Grant R. Mainland
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
E-mail: rsilverberg@wlrk.com
          grmainland@wlrk.com

s/ Stephen J. Oddo
STEPHEN J. ODDO
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: soddo@robbinsarroyo.com

*Lead Counsel for Plaintiffs*
